UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-23378-CIV-MARTINEZ

CONSORCIO KORALIA DOMINICANA,

    Plaintiff,

v.

PROGROUP INTERNATIONAL CORP.,
ALAN AZPURUA, and CARMEN AZPURUA,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Renewed Motion for Default Judgment ("Motion"), (ECF No. 24). (ECF No. 25). Judge Sanchez filed an R&R recommending that the Motion be granted in part and denied in part, and that final default judgment be entered in favor of Plaintiff and against Defendants Progroup International Corp. and Alan Azpurua, awarding Plaintiff $214,797.00 in damages, plus interests and costs, and that final default judgment against Defendant Carmen Azpurua be denied and the claims against her dismissed. (ECF No. 26). Defendants Alan Azpurua and Carmen Azpurua filed objections to the R&R. (ECF Nos. 28, 31, and 34). Plaintiff also filed objections to the R&R. (ECF No. 36).

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the portions of the

R&R objected to by both Plaintiff and Defendants, agrees with Magistrate Judge Sanchez that the Motion should be granted in part and denied in part. The Court overrules Defendants' objections, (ECF Nos. 28, 31, and 34), and Plaintiff's objections, (ECF No. 36).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1. United States Magistrate Judge Sanchez's Report and Recommendation, (ECF No. 25), is **AFFIRMED** and **ADOPTED**.

2. Defendants' objections, (ECF Nos. 28, 31, and 34), and Plaintiff's objections, (ECF No. 36), are **OVERRULED**.

3. Plaintiff's Motion, (ECF No. 24), is **GRANTED in part** as to Defendants Progroup International Corp. and Alan Azpurua and **DENIED in part** as to Defendant Carmen Azpurua.

4. Plaintiff shall file supplemental briefing detailing the computation of the interest being claimed **on or before October 30, 2025.**

5. Plaintiff shall file proposed Final Judgment **on or before Ocktober 30, 2025.**

6. Final Judgment will be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of September, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record